## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/  :
FENFLURAMINE / DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION)  :  **MDL DOCKET NO. 1203**

THIS ORDER RELATES TO THE
LAW OFFICE OF BOBBY MOAK, P.C. CASES
LISTED ON EXHIBITS A AND B

### PRETRIAL ORDER NO._____

   AND NOW TO WIT: This _____ day of _____2006 it having

been advised that all claims between all the parties in the cases listed on Exhibits A and B

have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local

Rules of Civil Procedure of this Court, it is hereby:

    ORDERED that, pursuant to agreement of counsel, the actions listed on

Exhibit A and B, including any and all claims, counterclaims, cross-claims and third

party claims therein are DISMISSED with prejudice and without costs as to all parties.

        **MICHAEL E. KUNZ**, Clerk of Court

       **BY:**\_\_\_\_\_ s/Ronald Vance
          Ronald Vance
          Deputy Clerk

**EXHIBIT A**
Moak MDL Plaintiffs
Single Plaintiff Cases
6/22/2006

| # | Plaintiff Name | MDL # | Transferor Court |
|---|---|---|---|
| 1 | Edwards, Larry Wayne | 03-20284 | FLM |
| 2 | Richmond , Earl - Spouse | 04-26731 | TNW |
| 3 | Richmond, Jeanette | 04-26731 | TNW |
| 4 | Coleman, Romanda | 04-27100 | MSS |
| 5 | Williams, Saundra | 04-27101 | MSS |
| 6 | Waldie, Dorothy | 04-27283 | MSS |
| 7 | Journeay, Janie | 04-27284 | MSS |
| 8 | Hill, Beverly | 04-27302 | MSS |
| 9 | Lewis, Katherine | 05-20008 | LAE |
| 10 | Zeller, Debra | 05-20009 | LAE |
| 11 | Atkins, Jane | 05-20588 | LAW |

**EXHIBIT B**
Moak MDL PLaintiffs
Multiple Plaintiff Cases
6/28/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 1 | Brownlow, Taketia | Cooper, Regina, et al. | 03-20246 | MSS |
| 2 | Walker, Maxine | Cooper, Regina, et al. | 03-20246 | MSS |
| 3 | Hicks, Debra | Chambliss, Willie, et al. | 03-20288 | MSS |
| 4 | Flynt, Lucy | Burge, Jacqueline, et al. | 03-20299 | MSN |
| 5 | Gammage, Gloria | Burge, Jacqueline, et al. | 03-20299 | MSN |
| 6 | Hitt, Nicole Rosamond, correctly identified on complaint as Roseamond-Hitt, Rhonda Nicole. | Burge, Jacqueline, et al. | 03-20299 | MSN |
| 7 | Land, Caroline | Burge, Jacqueline, et al. | 03-20299 | MSN |
| 8 | Pascley, Lasonja | Burge, Jacqueline, et al. | 03-20299 | MSN |
| 9 | Spence, Deborah | Burge, Jacqueline, et al. | 03-20299 | MSN |
| 10 | Dudley, Anita | Allen-Kelly, Mona, et al. | 03-20379 | MSS |
| 11 | Foster, Dana | Allen-Kelly, Mona, et al. | 03-20379 | MSS |
| 12 | Hodge, Lottie | Allen-Kelly, Mona, et al. | 03-20379 | MSS |
| 13 | Landreth, Jilliane, correctly identified on complaint as Landreth, Jillane. | Allen-Kelly, Mona, et al. | 03-20379 | MSS |
| 14 | McInnis, Tony | Allen-Kelly, Mona, et al. | 03-20379 | MSS |
| 15 | Roan, Sandy | Allen-Kelly, Mona, et al. | 03-20379 | MSS |
| 16 | Taylor, Pinkie | Allen-Kelly, Mona, et al. | 03-20379 | MSS |
| 17 | Walter, William | Allen-Kelly, Mona, et al. | 03-20379 | MSS |
| 18 | Garner, Deborah | Dillon, Cynthia, et al. | 03-20385 | MSS |
| 19 | Hall, Rita | Dillon, Cynthia, et al. | 03-20385 | MSS |
| 20 | Nye, Jacqueline | Dillon, Cynthia, et al. | 03-20385 | MSS |
| 21 | Clark, David | Buxton, Beverly, et al. | 03-20393 | MSS |
| 22 | Dilworth, Annie | Buxton, Beverly, et al. | 03-20393 | MSS |
| 23 | Lee, Linda | Buxton, Beverly, et al. | 03-20393 | MSS |
| 24 | Leonard, Jane | Buxton, Beverly, et al. | 03-20393 | MSS |
| 25 | Pierce, Georgia | Buxton, Beverly, et al. | 03-20393 | MSS |
| 26 | Sims, Marion | Buxton, Beverly, et al. | 03-20393 | MSS |
| 27 | Johnson, Sherry | Bell, Gaither, et al. | 03-20584 | MSN |
| 28 | Pigg, Jo Ann | Bell, Gaither, et al. | 03-20584 | MSN |
| 29 | Brown, Billy Wayne | Broom, Margie, et al. | 03-20587 | MSN |
| 30 | Brown, Melinda | Broom, Margie, et al. | 03-20587 | MSN |
| 31 | Davis, Latesia | Broom, Margie, et al. | 03-20587 | MSN |
| 32 | DiGiovanni, Billie | Broom, Margie, et al. | 03-20587 | MSN |
| 33 | Edney, Lura | Broom, Margie, et al. | 03-20587 | MSN |
| 34 | Gibson, Margaret | Broom, Margie, et al. | 03-20587 | MSN |
| 35 | Hollingsworth, Dorothy Clayton | Broom, Margie, et al. | 03-20587 | MSN |
| 36 | Johnson, Irenner | Broom, Margie, et al. | 03-20587 | MSN |
| 37 | King, Kenneth | Broom, Margie, et al. | 03-20587 | MSN |
| 38 | McCaskill, Sonja | Broom, Margie, et al. | 03-20587 | MSN |
| 39 | Pinkston, Elizabeth | Broom, Margie, et al. | 03-20587 | MSN |
| 40 | Sanders, Blanche | Broom, Margie, et al. | 03-20587 | MSN |
| 41 | Studdard, Marjorie | Broom, Margie, et al. | 03-20587 | MSN |
| 42 | Wilson, Betty K. | Broom, Margie, et al. | 03-20587 | MSN |
| 43 | Crawford, Debbie | Smith, Lana, et al. | 03-20590 | MSN |
| 44 | Miller, Lola | Smith, Lana, et al. | 03-20590 | MSN |

**EXHIBIT B**
Moak MDL PLaintiffs
Multiple Plaintiff Cases
6/28/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 45 | Poole, Beverly | Smith, Lana, et al. | 03-20590 | MSN |
| 46 | Rogers, Carolyn | Smith, Lana, et al. | 03-20590 | MSN |
| 47 | Smith, Lana | Smith, Lana, et al. | 03-20590 | MSN |
| 48 | Tarlton, Nancy | Smith, Lana, et al. | 03-20590 | MSN |
| 49 | Wallace, Elizabeth | Smith, Lana, et al. | 03-20590 | MSN |
| 50 | Welborn, Carmen | Smith, Lana, et al. | 03-20590 | MSN |
| 51 | Boykin, Deborah | Bishop, Lisa et al. | 03-20601 | MSS |
| 52 | Caldwell, Martha | Bishop, Lisa et al. | 03-20601 | MSS |
| 53 | Cleveland, Martha | Bishop, Lisa et al. | 03-20601 | MSS |
| 54 | Hawkins, Terrilynn | Bishop, Lisa et al. | 03-20601 | MSS |
| 55 | Hutchinson, Sandra | Bishop, Lisa et al. | 03-20601 | MSS |
| 56 | Newell, Burnney | Bishop, Lisa et al. | 03-20601 | MSS |
| 57 | Parker, Larry | Bishop, Lisa et al. | 03-20601 | MSS |
| 58 | Samson, Luvern | Bishop, Lisa et al. | 03-20601 | MSS |
| 59 | Tiner, Patricia | Bishop, Lisa et al. | 03-20601 | MSS |
| 60 | Walters, Anita | Bishop, Lisa et al. | 03-20601 | MSS |
| 61 | Wood, Tommie | Bishop, Lisa et al. | 03-20601 | MSS |
| 62 | Bates, Karen | Bates, Karen, et al. | 03-20630 | MSS |
| 63 | Brown, Eliza | Bates, Karen, et al. | 03-20630 | MSS |
| 64 | Jones, Barbara | Bates, Karen, et al. | 03-20630 | MSS |
| 65 | McCoy, Margie | Bates, Karen, et al. | 03-20630 | MSS |
| 66 | Furnace, Gertrude | Mauser, Eleanor, et al. | 04-21196 | GAN |
| 67 | Thomas, Patricia A. | Pietrocarlo, Lucille, et al. | 04-21199 | GAN |
| 68 | Manora, Shyral | Snow, Mary A., et al. | 04-21275 | GAN |
| 69 | McCook, Virginia | Hopper, Kathleen, et al. | 04-21308 | GAN |
| 70 | Metts, Anita | Davis, Benita, et al. | 04-22925 | GAM |
| 71 | Minnis, Charlene | Davis, Benita, et al. | 04-22925 | GAM |
| 72 | Wilson, Melody | Davis, Benita, et al. | 04-22925 | GAM |
| 73 | Blanton, Veronica | Blanton, Veronica et al. | 04-26699 | MSS |
| 74 | McArthur, Mable | Blanton, Veronica et al. | 04-26699 | MSS |
| 75 | Perkins, Diahanna | Blanton, Veronica et al. | 04-26699 | MSS |
| 76 | Reed, Janice | Blanton, Veronica et al. | 04-26699 | MSS |
| 77 | Sanders, Blanche | Blanton, Veronica et al. | 04-26699 | MSS |
| 78 | Addison, Juanita | Jacox, Yvonne, et al. | 04-26959 | TNW |
| 79 | Daniel, Jimmie | Jacox, Yvonne, et al. | 04-26959 | TNW |
| 80 | Dowdy, Stacy | Jacox, Yvonne, et al. | 04-26959 | TNW |
| 81 | Howell, Pam | Jacox, Yvonne, et al. | 04-26959 | TNW |
| 82 | Jacox, Yvonne | Jacox, Yvonne, et al. | 04-26959 | TNW |
| 83 | Johnson, Juanita | Jacox, Yvonne, et al. | 04-26959 | TNW |
| 84 | McGrite, Stephanie, correctly identified on complaint as McCrite, Stephanie. | Jacox, Yvonne, et al. | 04-26959 | TNW |
| 85 | Pope, Alisa | Jacox, Yvonne, et al. | 04-26959 | TNW |
| 86 | Coupel, Pauline | Boutte, Mary, et al. | 04-26964 | LAM |
| 87 | Dixon, Belinda | Boutte, Mary, et al. | 04-26964 | LAM |
| 88 | Feske, Marla | Boutte, Mary, et al. | 04-26964 | LAM |
| 89 | Gold, Ursula | Boutte, Mary, et al. | 04-26964 | LAM |
| 90 | Griffin, Linda | Boutte, Mary, et al. | 04-26964 | LAM |
| 91 | Guidry, Mary | Boutte, Mary, et al. | 04-26964 | LAM |
| 92 | Hilton, Connie | Boutte, Mary, et al. | 04-26964 | LAM |

**EXHIBIT B**
Moak MDL PLaintiffs
Multiple Plaintiff Cases
6/28/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 93 | Hornsby, Gaynell | Boutte, Mary, et al. | 04-26964 | LAM |
| 94 | Julien, Sandra | Boutte, Mary, et al. | 04-26964 | LAM |
| 95 | Schiff, Esther a/k/a Schilf, Esther | Boutte, Mary, et al. | 04-26964 | LAM |
| 96 | Shepherd, Nadine | Boutte, Mary, et al. | 04-26964 | LAM |
| 97 | Stahl, Terri | Boutte, Mary, et al. | 04-26964 | LAM |
| 98 | Urdiales, Jean | Boutte, Mary, et al. | 04-26964 | LAM |
| 99 | Browning, Larry | Donald, Alvetta et al. | 04-28442 | ALM |
| 100 | Johnson, Orene Agnes | Donald, Alvetta et al. | 04-28442 | ALM |
| 101 | Zimmerman, Jessie | Donald, Alvetta et al. | 04-28442 | ALM |
| 102 | Zorn, Patricia | Donald, Alvetta et al. | 04-28442 | ALM |
| 103 | Hall, Janet | Patterson, Michelle et al. | 04-29412 | FLM |
| 104 | Hughes, Katrell | Patterson, Michelle et al. | 04-29412 | FLM |
| 105 | Ballard, Tina, correctly identified on complaint as Carlisle, Tina Ballard. | Purvis, Donna, et al. | 04-29422 | LAM |
| 106 | Cummings, Willie | Purvis, Donna, et al. | 04-29422 | LAM |
| 107 | Daniels, Emma | Purvis, Donna, et al. | 04-29422 | LAM |
| 108 | Davis, Esther | Purvis, Donna, et al. | 04-29422 | LAM |
| 109 | Dykes, Marilyn | Purvis, Donna, et al. | 04-29422 | LAM |
| 110 | Griffiths, Angela Creduer | Purvis, Donna, et al. | 04-29422 | LAM |
| 111 | Hayes, Juanita | Purvis, Donna, et al. | 04-29422 | LAM |
| 112 | Hood, Joyce | Purvis, Donna, et al. | 04-29422 | LAM |
| 113 | Jefferson, Maxine | Purvis, Donna, et al. | 04-29422 | LAM |
| 114 | Johnson, Anita | Purvis, Donna, et al. | 04-29422 | LAM |
| 115 | Johnson, Lois | Purvis, Donna, et al. | 04-29422 | LAM |
| 116 | Jordan, Felicia | Purvis, Donna, et al. | 04-29422 | LAM |
| 117 | Knazs, Betty | Purvis, Donna, et al. | 04-29422 | LAM |
| 118 | Moore, Marlene Doyle | Purvis, Donna, et al. | 04-29422 | LAM |
| 119 | Purvis, Donna | Purvis, Donna, et al. | 04-29422 | LAM |
| 120 | Ridley, Kimberly | Purvis, Donna, et al. | 04-29422 | LAM |
| 121 | Smith, Donna T | Purvis, Donna, et al. | 04-29422 | LAM |
| 122 | Spencer, Jack B. | Purvis, Donna, et al. | 04-29422 | LAM |
| 123 | Thompson, Mary S. | Purvis, Donna, et al. | 04-29422 | LAM |
| 124 | Triolo, Greg | Purvis, Donna, et al. | 04-29422 | LAM |
| 125 | Watkins, Evette | Purvis, Donna, et al. | 04-29422 | LAM |
| 126 | Balfantz, Rose | Blankenship, Christine, et al. | 04-29435 | LAM |
| 127 | Muchow, Dianne | Blankenship, Christine, et al. | 04-29435 | LAM |
| 128 | Squires, Judy | Blankenship, Christine, et al. | 04-29435 | LAM |
| 129 | Alexander, Brenda | Kulick, Gina et al. | 05-20004 | LAE |
| 130 | Damare, Lynn | Kulick, Gina et al. | 05-20004 | LAE |
| 131 | Watts, Sharon | Dave, Sandra, et al. | 05-20005 | LAE |
| 132 | Francois, Norma | Robertson, Carolyn et al. | 05-20006 | LAE |
| 133 | Schilling, Carl | Robertson, Carolyn et al. | 05-20006 | LAE |
| 134 | Thompson, Stacey | Robertson, Carolyn et al. | 05-20006 | LAE |
| 135 | Babst, Mary Anne | Roscoe, Jerri, et al. | 05-20007 | LAE |
| 136 | Carter, Claretha | Roscoe, Jerri, et al. | 05-20007 | LAE |
| 137 | Jenkins, Shalome | Roscoe, Jerri, et al. | 05-20007 | LAE |
| 138 | Carter, Linda | Goins, Jacqueline et al. | 05-20010 | LAE |
| 139 | Washington, Gloria | Goins, Jacqueline et al. | 05-20010 | LAE |

**EXHIBIT B**
Moak MDL PLaintiffs
Multiple Plaintiff Cases
6/28/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 140 | Holden, Linda | Armstrong, Sandra, et al. | 05-20174 | TNW |
| 141 | Dobbins, Norma | Black-Hall, Kimberly | 05-20175 | TNW |
| 142 | McWay, Willie | Black-Hall, Kimberly | 05-20175 | TNW |
| 143 | Nunn, Bertha | Black-Hall, Kimberly | 05-20175 | TNW |
| 144 | Bounds, Chelita | Phillips, Linda K. et al. | 05-20540 | MSN |
| 145 | Burch, Elizabeth | Phillips, Linda K. et al. | 05-20540 | MSN |
| 146 | Day, Irma | Phillips, Linda K. et al. | 05-20540 | MSN |
| 147 | Doubleday Johnson, Scottie | Phillips, Linda K. et al. | 05-20540 | MSN |
| 148 | Foster, Jr., Jerry | Phillips, Linda K. et al. | 05-20540 | MSN |
| 149 | Gentry, Danyeall | Phillips, Linda K. et al. | 05-20540 | MSN |
| 150 | Holland, Lucretia | Phillips, Linda K. et al. | 05-20540 | MSN |
| 151 | Holmes, Sharon | Phillips, Linda K. et al. | 05-20540 | MSN |
| 152 | Husbands-King, Mary | Phillips, Linda K. et al. | 05-20540 | MSN |
| 153 | Jackson, Ann | Phillips, Linda K. et al. | 05-20540 | MSN |
| 154 | Jackson, Whitney | Phillips, Linda K. et al. | 05-20540 | MSN |
| 155 | Johnson, Cynthia | Phillips, Linda K. et al. | 05-20540 | MSN |
| 156 | Kilpatrick, Phyllis | Phillips, Linda K. et al. | 05-20540 | MSN |
| 157 | Kiser, Melissa | Phillips, Linda K. et al. | 05-20540 | MSN |
| 158 | Legge, Cindy | Phillips, Linda K. et al. | 05-20540 | MSN |
| 159 | Malatesta, Carla | Phillips, Linda K. et al. | 05-20540 | MSN |
| 160 | Massingill, Norma | Phillips, Linda K. et al. | 05-20540 | MSN |
| 161 | Oster, Consuello | Phillips, Linda K. et al. | 05-20540 | MSN |
| 162 | Rhodes, Glenda | Phillips, Linda K. et al. | 05-20540 | MSN |
| 163 | Rushing, Charlotte | Phillips, Linda K. et al. | 05-20540 | MSN |
| 164 | Schnulo, Beverly | Phillips, Linda K. et al. | 05-20540 | MSN |
| 165 | Serpas, Lora | Phillips, Linda K. et al. | 05-20540 | MSN |
| 166 | Sharp, Faye | Phillips, Linda K. et al. | 05-20540 | MSN |
| 167 | Simpson, Dorothy | Phillips, Linda K. et al. | 05-20540 | MSN |
| 168 | Smith, Jana | Phillips, Linda K. et al. | 05-20540 | MSN |
| 169 | Tharp, Beverly Ann | Phillips, Linda K. et al. | 05-20540 | MSN |
| 170 | Worley, Dorothy | Phillips, Linda K. et al. | 05-20540 | MSN |
| 171 | Young, Diane | Phillips, Linda K. et al. | 05-20540 | MSN |
| 172 | Anderson, Wanda | McWhorter, Shi, et al. | 05-20542 | MSS |
| 173 | Blalock, Charlene | McWhorter, Shi, et al. | 05-20542 | MSS |
| 174 | Collins, Geneva | McWhorter, Shi, et al. | 05-20542 | MSS |
| 175 | Drago, Denise | McWhorter, Shi, et al. | 05-20542 | MSS |
| 176 | Gates, Morgan | McWhorter, Shi, et al. | 05-20542 | MSS |
| 177 | Hudson, Kathy | McWhorter, Shi, et al. | 05-20542 | MSS |
| 178 | Marchand, Joann | McWhorter, Shi, et al. | 05-20542 | MSS |
| 179 | McGuffee, Glenda | McWhorter, Shi, et al. | 05-20542 | MSS |
| 180 | McIntyre-Oliver, Beatrice, correctly identified on complaint as McIntyre-Oliver, Annette. | McWhorter, Shi, et al. | 05-20542 | MSS |
| 181 | Moran, Lori | McWhorter, Shi, et al. | 05-20542 | MSS |
| 182 | Prochazka, Hazel | McWhorter, Shi, et al. | 05-20542 | MSS |
| 183 | Reid, Emma | McWhorter, Shi, et al. | 05-20542 | MSS |
| 184 | Richardson, Elnora | McWhorter, Shi, et al. | 05-20542 | MSS |
| 185 | Sauls, Janet | McWhorter, Shi, et al. | 05-20542 | MSS |
| 186 | Sauls, Steve | McWhorter, Shi, et al. | 05-20542 | MSS |

**EXHIBIT B**
Moak MDL PLaintiffs
Multiple Plaintiff Cases
6/28/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 187 | Shaffers, Donna | McWhorter, Shi, et al. | 05-20542 | MSS |
| 188 | Stewart, Rosa | McWhorter, Shi, et al. | 05-20542 | MSS |
| 189 | Wright, Tomeca | McWhorter, Shi, et al. | 05-20542 | MSS |
| 190 | Walker, Naomi | Angel, Lisa, et al. | 05-20543 | GAM |
| 191 | Aguillard, Darlene | Bell, Anika | 05-20548 | LAM |
| 192 | Akuffo, Alphalia | Bell, Anika | 05-20548 | LAM |
| 193 | Bell, Anika | Bell, Anika | 05-20548 | LAM |
| 194 | Neal, Marie I. | Bell, Anika | 05-20548 | LAM |
| 195 | Oncale, Arlene | Bell, Anika | 05-20548 | LAM |
| 196 | Jones, Avis | Battiste, Thane, et al. | 05-20549 | LAM |
| 197 | Kelly, Rhonda L. | Battiste, Thane, et al. | 05-20549 | LAM |
| 198 | Strother, Judy | Ducote, Judy | 05-20589 | LAW |
| 199 | Collins, Annie | Baggett, Patricia, et al. | 05-20604 | LAW |
| 200 | Brocato, Leslie B. | Martin, Lorraine, et al. | 05-20608 | LAE |
| 201 | Camp, Cynthia | Martin, Lorraine, et al. | 05-20608 | LAE |
| 202 | Martin, Lorraine | Martin, Lorraine, et al. | 05-20608 | LAE |
| 203 | Naquin, Jeri | Martin, Lorraine, et al. | 05-20608 | LAE |
| 204 | Schwindt, Diana | Martin, Lorraine, et al. | 05-20608 | LAE |
| 205 | Breeden, Roy | Bishop, Betty, et al. | 05-20609 | LAE |
| 206 | Corso, Gaynell | Bishop, Betty, et al. | 05-20609 | LAE |
| 207 | Naquin, Anna | Bishop, Betty, et al. | 05-20609 | LAE |
| 208 | Smith, Catherine | Bishop, Betty, et al. | 05-20609 | LAE |
| 209 | Vance, Charlene | Bishop, Betty, et al. | 05-20609 | LAE |
| 210 | White, Louise | Bishop, Betty, et al. | 05-20609 | LAE |
| 211 | Williams, Sylvia | Bishop, Betty, et al. | 05-20609 | LAE |
| 212 | Richard, Printess | Richard, Printess | 05-20793 | LAW |
| 213 | Diel, James | Buchanan, Bradford | 05-20967 | LAW |
| 214 | Cleveland, Traci | Cleveland, Traci, et al. | 05-20968 | LAW |
| 215 | Knieper, Susan Dishman | Redden, Patsy, et al. | 05-20969 | LAW |
| 216 | Morganthall, Toni | Redden, Patsy, et al. | 05-20969 | LAW |
| 217 | Redden, Patsy | Redden, Patsy, et al. | 05-20969 | LAW |
| 218 | Allen, Linda | Pettway, Rever, et al. | 05-21070 | ALS |
| 219 | Dorsey, Loretta | Pettway, Rever, et al. | 05-21070 | ALS |
| 220 | Perry, Judy | Robinson, Dale | 05-22000 | IDD |
| 221 | Eldridge, Myra | Jines, Terri, et al. | 05-24558 | FLS |
| 222 | Hernoon, Louise, correctly identified on complaint as Herndon, Louise. | Holland, Sandra, et al. | 05-25049 | FLS |
| 223 | Trent, Arizona | Boxie, Sharon | 99-20108 | LAW |