IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE / DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) : MDL DOCKET NO. 1203

THIS ORDER RELATES TO THE
LAW OFFICE OF BOBBY MOAK CASES
LISTED ON EXHIBITS A & B

### PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____ 2006 it having been advised that all claims between all the parties in the cases listed on Exhibits A and B have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibit A and B, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY: ____s/Ronald Vance____
Ronald Vance
Deputy Clerk

**EXHIBIT A**
Law Office of Bobby Moak
MDL Plaintiffs
Single Plaintiff Cases
8/21/2006

| # | Plaintiff's Name | MDL Case # | Transferor Court |
|---|---|---|---|
| 1 | Brady, Lois P. | 04-27282 | MSS |
| 2 | Landry, Sandra | 04-27295 | MSS |

EXHIBIT B
Law Office of Bobby Moak
MDL Plaintiffs
Multiple Plaintiff Cases
8/21/2006

| # | Plaintiff's Name | Case Name | MDL Case # | Transferor Court |
|---|---|---|---|---|
| 1 | Day, Frances | Bell, Gaither | 03-20584 | MSN |
| 2 | Hosey, Robin | Broom, Margie | 03-20587 | MSN |
| 3 | Bishop, Lisa | Bishop, Lisa | 03-20601 | MSS |
| 4 | Boyle, Tammy | Bishop, Lisa | 03-20601 | MSS |
| 5 | Wade, Andira, correctly identified on complaint as Wade, Andria | Bishop, Lisa | 03-20601 | MSS |
| 6 | Hewitt, Sherrie | Boutte, Mary | 04-26964 | LAM |
| 7 | Savell, Anne | Savell, Anne | 04-29908 | LAM |
| 8 | Smith, Darlene | Savell, Anne | 04-29908 | LAM |
| 9 | Day, Karen | Armstrong, Sandra | 05-20174 | TNW |
| 10 | Brown, Sandra | Phillips, Linda Kay Waldrup | 05-20540 | MSN |
| 11 | Evans, Vickie | Phillips, Linda Kay Waldrup | 05-20540 | MSN |
| 12 | Hughes, Renee | Phillips, Linda Kay Waldrup | 05-20540 | MSN |
| 13 | Lea, Bobbie | Phillips, Linda Kay Waldrup | 05-20540 | MSN |
| 14 | Middleton, Cathy | Phillips, Linda Kay Waldrup | 05-20540 | MSN |
| 15 | Shaffers, Theodore | Anderson, Wanda | 05-20542 | MSS |
| 16 | Brown, Michael | Angel, Lisa | 05-20543 | GAM |
| 17 | Harrod, Jessica | Angel, Lisa | 05-20543 | GAM |
| 18 | Ezeff, Carlette | Battiste, Thane | 05-20549 | LAM |
| 19 | Walsh, Shawn | Martin, Lorraine, | 05-20608 | LAE |
| 20 | Hamilton, Kimberly | Bishop, Betty | 05-20609 | LAE |
| 21 | Martin, Elizabeth | Bishop, Betty | 05-20609 | LAE |

Page 1 of 1