# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/     :
FENFLURAMINE / DEXFENFLURAMINE     :
PRODUCTS LIABILITY LITIGATION)     :     **MDL DOCKET NO. 1203**

THIS ORDER RELATES TO THE
GARRISON, SCOTT, GAMBLE &
ROSENTHAL PC CASES
LISTED ON EXHIBIT A

## PRETRIAL ORDER NO._____

AND NOW TO WIT: This _____ day of _____2006 it having

been advised that all claims between all the parties in the cases listed on Exhibit A have

been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of

Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on

Exhibit A, including any and all claims, counterclaims, cross-claims and third party

claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY:_____ s/Ronald Vance
Ronald Vance
Deputy Clerk

| # | Plaintiff's Name | Case Name | MDL Case # | Transferor Court |
|---|---|---|---|---|
| 1 | Angel, Lisa | Angel, Lisa | 05-20543 | GAM |
| 2 | Bates, Betty | Angel, Lisa | 05-20543 | GAM |
| 3 | Battle, Theola | Angel, Lisa | 05-20543 | GAM |
| 4 | Boyd, Agnes | Angel, Lisa | 05-20543 | GAM |
| 5 | Carter, Anquinette | Angel, Lisa | 05-20543 | GAM |
| 6 | Chism, Janell | Angel, Lisa | 05-20543 | GAM |
| 7 | Cobb, Bernice Hawk | Angel, Lisa | 05-20543 | GAM |
| 8 | Diana, Mary Jo | Angel, Lisa | 05-20543 | GAM |
| 9 | Edison, Bonnie, correctly identified on complaint as Eidson, Bonnie | Angel, Lisa | 05-20543 | GAM |
| 10 | Ellinger, Betty | Angel, Lisa | 05-20543 | GAM |
| 11 | Johnson, Allyson | Angel, Lisa | 05-20543 | GAM |
| 12 | Lovelace, Joni | Angel, Lisa | 05-20543 | GAM |
| 13 | Luke, Angela | Angel, Lisa | 05-20543 | GAM |
| 14 | Luke, Colin | Angel, Lisa | 05-20543 | GAM |
| 15 | Mataro, Catherine | Angel, Lisa | 05-20543 | GAM |
| 16 | Pettit, Joyce | Angel, Lisa | 05-20543 | GAM |
| 17 | Pierce, LuAnn | Angel, Lisa | 05-20543 | GAM |
| 18 | Spoor, Susan | Angel, Lisa | 05-20543 | GAM |
| 19 | St. Julien, Monique | Angel, Lisa | 05-20543 | GAM |
| 20 | Terrell, Deborah | Angel, Lisa | 05-20543 | GAM |
| 21 | Walker, Ramona | Angel, Lisa | 05-20543 | GAM |
| 22 | White, Brenda | Angel, Lisa | 05-20543 | GAM |
| 23 | Wiggins, Martha | Angel, Lisa | 05-20543 | GAM |